No. 744.   STIRONE *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.   *Vincent M. Casey* and *V. J. Rich* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States. ▮

No. 711.   GASTELUM-QUINONES *v.* ROGERS, ATTORNEY GENERAL.   Motion to substitute Robert F. Kennedy in the place of William P. Rogers as the party respondent granted.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *David Rein* and *Joseph Forer* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for respondent. ▮

No. 758.   MILE BRANCH COAL Co. *v.* UNITED MINE WORKERS OF AMERICA.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.   *Samuel L. Goldstein* and *Thurman Hill* for petitioner.   *John J. Wilson, Welly K. Hopkins, Harrison Combs* and *Willard P. Owens* for respondent. ▮

No. 63, Misc.   ALVAREZ *v.* MURPHY, WARDEN.   C. A. 2d Cir.   Certiorari denied.   *Nathan Kestnbaum* for petitioner.   *Louis J. Lefkowitz,* Attorney General of New York, *Joseph Rose,* Assistant Attorney General, *Isidore Dollinger* and *Irving Anolik* for respondent. ▮